## BOARD OF COMMISSIONERS OF JASPER COUNTY ET AL. v. MARION.

[No. 18,865. Filed October 25, 1900.]

From the Jasper Circuit Court. *Reversed.*

*W. F. Townsend, A. E. Chizum, C. W. Hanley* and *J. J. Hunt,* for appellants.

*F. Foltz, C. G. Spitler, H. R. Kurrie, E. B. Sellers* and *W. B. Austin,* for appellee.

BAKER, C. J.—Appellee began two suits, which were afterwards consolidated, to enjoin payment under contracts entered into between the board of commissioners of Jasper county and Fleener and Carnahan, whereby the latter were to search for and report to the county auditor concealed, omitted, and unassessed taxable property, and to receive for their services a percentage of all taxes collected through their efforts. The errors assigned and not waived question the action of the court in overruling the demurrers to the complaints and the motion for a new trial.

The controlling facts are the same as those in *Board* v. *Dickinson,* 153 Ind. 682, and upon the authority of that case the judgment herein is reversed with instructions to sustain the demurrers to each paragraph of complaint.

## LANE v. CITY OF CRAWFORDSVILLE.

[No. 19,150. Filed November 14, 1900.]

From the Montgomery Circuit Court. *Affirmed.*

*H. H. Ristine* and *Harold Taylor,* for appellant.

*Charles Johnston* and *W. H. Johnston,* for appellee.

HADLEY, J.—Action to restrain appellee from proceeding with the improvement of Plum street under the provisions of the act of March 8, 1889, commonly known as the Barrett law.

The material facts and question presented in this case are similar to the facts and question presented in *Taylor* v. *City of Crawfordsville, ante,* 430, and upon the authority of that case the judgment in this is affirmed.